# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155227-8

DORICE M. BOYD,
      Plaintiff-Appellee,

v

AMERICAN EQUITY INVESTMENT LIFE
INSURANCE CO.,
      Defendant-Third Party Plaintiff-
      Appellee,

v

ORLANDO PEAY,
      Third Party Defendant-Appellant,

v

STATE TREASURER,
      Third Party Defendant-Appellee.
_____/

SC: 155227
COA: 333414
Wayne CC: 15-011731-CZ

STATE TREASURER,
      Plaintiff-Appellee,

v

ORLANDO PEAY,
      Defendant-Appellant,

and

DORICE M. BOYD and AMERICAN EQUITY
INVESTMENT LIFE INSURANCE CO.,
      Defendants-Appellees.
_____/

SC: 155228
COA: 333415
Wayne CC: 15-013864-CZ

On order of the Chief Justice, third party defendant-appellant having failed to pay the partial filing fee as required by the order of February 1, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2017



Clerk